IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KEVIN C. BRATHWAITE, | § | |
| | § | No. 468, 2017 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | ID. No. 9510007098 (N) |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: April 20, 2018
Decided: May 30, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

### O R D E R

This 30th day of May 2018, after careful consideration of the appellant's opening brief, the State's motion to affirm, and the record, we conclude that the judgment below should be affirmed for the reasons stated in the Superior Court's well-reasoned decision dated October 23, 2017. The Superior Court did not err in concluding that the appellant's fourth motion for postconviction relief was procedurally barred and that the appellant failed to overcome the procedural hurdles.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice